**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6192

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ROGER LEE LOCKAMY,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:14-cr-00096-WO-1)

Submitted:  June 9, 2023                                    Decided:  July 13, 2023

Before WYNN and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Roger Lee Lockamy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Lee Lockamy appeals the district court's order denying his motions for compassionate release under 18 U.S.C. § 3582(c)(1)(A) and for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Lockamy*, No. 1:14-cr-00096-WO-1 (M.D.N.C. Jan. 27, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*